*Related*
*DDJ*

FILED

2025 OCT 16  PM 3: 1C

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
BY: _____

**JERMEILE HAIRSTON**

**Plaintiff, In Pro Se**

**c/o Clerk of the Court**

**U.S. District Court, Central District of California**

**350 W. 1st Street**

**Los Angeles, CA 90012**

**Phone: (310) 422-4024**

**Email: user53statewide@icloud.com**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

*CV 25-9917-DSF (SP)*

| | |
|---|---|
| NAME OF PLAINTIFF, <br> *JERMEILE HAIRSTON* <br> Plaintiff, <br><br> vs. <br> *Federal Bureau of Investigations,* <br> *Et al;* <br><br> *SEE Pages 2-8* | ) Case No.: Unassigned <br><br> ) **MASTER VERIFIED COMPLAINT** <br><br> ) **FOR VIOLATIONS OF CIVIL** <br><br> ) **RIGHTS (42 U.S.C. § 1983);** <br><br> ) **RACKETEER INFLUENCED AND** <br><br> ) **CORRUPT ORGANIZATIONS ACT** <br><br> ) **(RICO);** |

1. **Federal Bureau of Investigation (FBI)** 11000 Wilshire Blvd, Los Angeles, CA 90024

2. **United States Department of Justice – Civil Rights Division** 950 Pennsylvania Avenue NW, Washington, DC 20530

3. **United States Department of Justice – Civil Rights Division, Los Angeles Regional Office** 300 S Spring Street, Los Angeles, CA 90013

4. **California Attorney General's Office** 1300 I Street, Sacramento, CA 95814

5. **California Department of Justice – Civil Rights Enforcement Section** 1300 I Street, Sacramento, CA 95814

) **CONSTITUTIONAL VIOLATIONS;**
) **AND REQUEST FOR TEMPORARY**
) **RESTRAINING ORDER,**
**PROTECTIVE ORDER,**
**AND JURY TRIAL**

**COMPLAINT FOR:**

- Civil Rights Violations (42 U.S.C. § 1983)
- Bivens Constitutional Claims
- RICO (18 U.S.C. § 1961 et seq.)
- First Amendment Retaliation
- Fourth Amendment Violations
- Fifth & Fourteenth Amendment Violations
- Electronic Communications Privacy Act
- Financial Privacy Violations
- Civil Conspiracy
- State Law Torts

6. **California Department of Corrections and Rehabilitation (CDCR)** 1515 S Street, Sacramento, CA 95811

7. **Kathleen Allison, Secretary of CDCR** 1515 S Street, Sacramento, CA 95811

8. **Division of Adult Institutions – Records Unit (CDCR)** 1515 S Street, Sacramento, CA 95811

9. **Office of Correctional Education (CDCR)** 9825 Goethe Road, Suite 200, Elk Grove, CA 95757

10. **California Rehabilitation Center (CRC)** 5th Street & Western Avenue, Norco, CA 92860

11. **Cynthia Y. Tampkins, Warden, CRC** 5th Street & Western Avenue, Norco, CA 92860

- Political Persecution

**Jury Trial Demanded**: ☒ Yes ☐ No)

12. **Glen E. Pratt, Warden, CRC** 5th

Street & Western Avenue, Norco,

CA 92860

13. **United States Department of**

**Defense (DoD)** 1400 Defense

Pentagon, Washington, DC 20301

14. **Defense Advanced Research**

**Projects Agency (DARPA)** 675

North Randolph Street, Arlington,

VA 22203

15. **Central Intelligence Agency**

**(CIA)** George Bush Center for

Intelligence, 1000 Colonial Farm

Road, McLean, VA 22101

16. **State of California** [General

jurisdiction – represented by

Attorney General's Office]

17. **Local Law Enforcement Agencies**

**(Does 1–25)** [To be identified

through discovery]

18. **Detective Lizette Rodriguez, Norwalk Sheriff Station** 12335 Civic Center Drive, Norwalk, CA 90650

19. **GEICO Indemnity Company – Agent Julee Thach** 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691

20. **GEICO Indemnity Company – Agent Victor Vallejo** 27281 Las Ramblas, Suite 200, Mission Viejo, CA 92691

21. **GEICO Indemnity Company – Headquarters** One GEICO Plaza, Washington, DC 20076 5260 Western Avenue, Chevy Chase, MD 20815

22. **ACLU of Southern California** 1313 W 8th Street, Suite 200, Los Angeles, CA 90017

23. **Rodney Marcel Williamson** 7035

Blossom Court, Pico Rivera, CA

90660

24. **Jaquala A. Hairston**

25. **Denise Woodard** 4116 Somerset

Dr., Apt 4, Los Angeles, CA 90008

26. **Robin C. Hairston** 4131 3rd

Avenue, Los Angeles, CA 90008

27. **Rosalyn R. Hairston** [Former FBI

IT staff – address not publicly

available]

28. **Horizon / Skynet Horizon**

**Management Company** 21515

Hawthorne Blvd, Suite 700,

Torrance, CA 90503

29. **TOTAL by Verizon (subsidiary of**

**Skynet)** 908 N Vermont Ave, Los

Angeles, CA 90029

30. **MetroPCS (Metro by T-Mobile)** 12920 SE 38th Street, Bellevue, WA 98006

31. **Chase Bank (JPMorgan Chase & Co.)** 270 Park Avenue, New York, NY 10017

32. **Chrysalis Enterprises** 522 S Main Street, Los Angeles, CA 90013

33. **Black n Mild (John Middleton Co.)** 1000 E Park Drive, Harrisburg, PA 17111

34. **Other Telecommunications and Financial Institutions (Does 26–50)** [To be identified through discovery]

35. **Private Businesses (Does 51–75)** [To be identified through discovery]

36. **Private Individuals, including Family Members (Does 76–**

**150)** [To be identified through discovery]

37. **Gang-Stalking Organizations (Does 151–200)** [To be identified through discovery]

38. **John/Jane Does 101–200** [To be named as identified through discovery]

,

Defendant(s)

---

## I. INTRODUCTION

Plaintiff **Jermiele Hairston**, proceeding *pro se*, respectfully submits this **Master Verified Complaint** pursuant to 42 U.S.C. § 1983, *Bivens v. Six Unknown Named Agents*, and the Racketeer Influenced and Corrupt Organizations Act (RICO), against multiple **federal, state, corporate, organizational, and private defendants** for ongoing and escalating violations of his constitutional, civil, and statutory rights.

These violations include, but are not limited to, **unlawful surveillance, retaliation, harassment, digital interference, and coordinated**

**misconduct** designed to suppress Plaintiff's access to justice and to obstruct the lawful exercise of his protected legal rights.

Plaintiff has filed **five formal federal complaints since September 11, 2024,** each documenting systematic retaliation, interference with communication, and obstruction of due process.

As of **October 8, 2025,** Plaintiff has **recorded two separate calls** placed to the **Federal Bureau of Investigation – Los Angeles Field Office (11000 Wilshire Blvd, Los Angeles, CA 90024 – (310) 477-6565),** both demonstrating ongoing obstruction and federal inaction regarding credible safety threats and digital interference.


## II. JURISDICTION


## I. JURISDICTION AND VENUE

1. **This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983, 42 U.S.C. § 1985, and 18 U.S.C. §§ 1961–1968 (RICO).**

2. **Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.**

3. Venue is proper in this Court under 28 U.S.C. § 1391(b)

because the acts complained of occurred in Los Angeles

County, within the Western Division of the Central District of

California.

## II. PARTIES

4. Plaintiff: Jermiele Hairston, a California resident and

whistleblower litigant appearing *pro se*. Plaintiff utilizes USPS

General Delivery at the Santa Monica Post Office for secure

communication due to ongoing safety concerns.

5. Defendants: Include state and federal agencies, officers, and

individuals acting in their official and individual capacities,

including but not limited to:

- State of California

- California Department of Corrections and Rehabilitation

  (CDCR)

- California Rehabilitation Center (CRC)

- 2022 CDCR Secretary

- Federal Bureau of Investigation – Los Angeles Field

  Office

- ○ **U.S. Department of Justice – Civil Rights Division**

- ○ **U.S. Department of Justice – Los Angeles Regional Office**

- ○ **California Attorney General's Office**

- ○ **(and all other named individuals and agencies listed in Plaintiff's filed Defendant List)**

## III. FACTUAL BACKGROUND

6. **Plaintiff is a private citizen, whistleblower, and litigant who has uncovered and challenged systemic corruption, constitutional violations, and digital surveillance conducted by public and private actors.**

7. **Following prior protected activity and legal filings, Plaintiff has been subjected to:**

   - ○ **Digital interference and interception of communications.**

   - ○ **Mail tampering and data manipulation.**

   - ○ **Physical stalking, intimidation, and targeted harassment.**

- ○ **Psychological abuse and energy-based or electronic assaults.**

- ○ **Retaliatory acts culminating in a hit-and-run attack on October 3, 2025, in Santa Monica, California, by a vehicle bearing license plate 5RBL577, registered to a primary defendant.**

8. **Plaintiff's attempt to contact emergency services was digitally intercepted, triggering satellite mode on his iPhone and preventing a 911 connection.**

9. **Plaintiff reported the incident to Los Angeles Police Department – Rimpau Division, and is preparing notification to the Federal Bureau of Investigation for investigation into digital sabotage and attempted retaliation.**

10. **These actions constitute a pattern of retaliatory conduct intended to suppress Plaintiff's lawful exercise of constitutional and statutory rights.**

**IV. CAUSES OF ACTION**

**COUNT I — VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

11.     Defendants, acting under color of state law, violated

Plaintiff's rights under the First, Fourth, Fifth, and Fourteenth

Amendments by engaging in retaliation, surveillance,

physical endangerment, and deprivation of liberty and

property.

**COUNT II — CONSTITUTIONAL VIOLATIONS (BIVENS)**

12.     Federal Defendants, including the FBI and DOJ,

unlawfully surveilled, tracked, and interfered with Plaintiff's

protected communications and safety, violating his rights

under the U.S. Constitution.

**COUNT III — CIVIL RICO (18 U.S.C. §§ 1961–1968)**

13.     Defendants participated in a continuing enterprise

involving obstruction of justice, electronic interference, fraud,

retaliation, and unlawful deprivation of property and

inheritance.

**COUNT IV — CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (42**

**U.S.C. § 1985)**

14.     Defendants conspired to deprive Plaintiff of due

process, equal protection, and access to the courts through

coordinated digital and physical retaliation.

## COUNT V — FAILURE TO PROTECT AND RETALIATION

15.     Defendants had actual and constructive notice of

ongoing threats to Plaintiff's life and failed to take reasonable

steps to protect him. The October 2025 hit-and-run incident

represents direct retaliation linked to this case.

---

## V. PRAYER FOR RELIEF

Plaintiff respectfully prays that this Court grant the following

relief:

A. Issue a Temporary Restraining Order (TRO) and Protective

Order immediately prohibiting any form of retaliation, harm,

harassment, or electronic interference against Plaintiff.

B. Order a forensic and medical examination for detection

of implants, DNA or genetic alteration, and electronic tracking

devices/technology in Plaintiff's body.

C. Declare that Defendants' actions violated Plaintiff's

constitutional rights under the First, Fourth, Fifth, and Fourteenth

Amendments.

D. Order the release of all withheld Social Security Disability benefits from the date of the initial filing to the present, and prevent any further withholding.

E. Restore and recognize Plaintiff's inheritance property and mineral rights in Okmulgee, Oklahoma, as belonging lawfully to him.

F. Award compensatory, consequential, and punitive damages in the amount of $500,000,000 (Five Hundred Million Dollars) for physical, emotional, and financial harm.

G. Refer this matter to the U.S. Marshals Service and FBI for investigation and protective measures.

H. Grant such other and further relief as this Court deems just and proper.

---

**VI. DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.

---

Respectfully submitted,

Dated: October 14, 2025

1

2

**JERMIELE HAIRSTON**

**Pro Se Plaintiff**

**General Delivery – Santa Monica Post Office**

**1653 7th Street, Santa Monica, CA 90401**

📞 **(310) 422-4024**

3

4    ✉ **user53statewide@icloud.com**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22